# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DOMINION ENERGY TRANSMISSION, INC., F/K/A DOMINION TRANSMISSION, INC., <br><br>   *Plaintiff*, <br><br> v. <br><br> 2.21 ACRES, MORE OR LESS, IN DODDRIDGE COUNTY, WEST VIRGINIA, et al., <br><br>   *Defendants*. | Case No. 1:18-cv-25 (Keeley) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December 2018, the foregoing "Plaintiff's Expert Witness Disclosure" was electronically filed with the U.S. District Court Clerk, Northern District of West Virginia, by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Thomas G. Dyer
Dyer Law
P.O. Box 1332
Clarksburg, WV 26302


**/s/ *William J. O'Brien*** 
William J. O'Brien (WV Bar No. 10549)
Lauren K. Turner (WV Bar No. 11942)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, West Virginia  26330
Telephone:   (304) 933-8000
Facsimile:   (304) 933-8183
william.obrien@steptoe-johnson.com
lauren.turner@steptoe-johnson.com

Brooks Spears (WV Bar No. 12820)
Richard D. Holzheimer, Jr. (Admitted *Pro Hac Vice*)
**MCGUIREWOODS LLP**

        1750 Tysons Boulevard, Suite 1800
        Tysons, Virginia  22102
        Telephone:   (703) 712-5000
        Facsimile:    (703) 712-5050
        bspears@mcguirewoods.com
        rholzheimer@mcguirewoods.com

*Counsel for Dominion Energy Transmission, Inc.*